# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                 CASE NO.  3:05cr116/RV

WINDELL LEVERE JONES

**REFERRAL AND ORDER**

Referred to Judge Vinson on   12/27/2005
Type of Motion/Pleading  EMERGENCY MOTION FOR PRETRIAL RELEASE
Filed by: defendant            on 12/23/05     Doc. No. 98,99
(  )  Stipulated/Consented/Joint Pleading
RESPONSES:
                                     on _____ Doc. No. _____
                                     on _____ Doc. No. _____
                                   WILLIAM M. McCOOL, CLERK OF COURT

                                   /s/  *C. Justice* for J.Marbut
                                   Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   28th   day of   December  , 2005, that:

(a)  The requested relief is DENIED.

(b)  However, the defendant may be released to the U.S. Marshals Service in accordance with their regulations for a visit to the child in the hospital the afternoon or evening of December 28, 2006.

                                   /s/  *Roger Vinson*
                                   ROGER VINSON
                                   SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

                                   Document No.